UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

COREY DISMUKES, )
)
    Plaintiff, )
)
v. ) 11-CV-3345
)
DR. THOMAS BAKER and )
DEBORAH FUQUA, )
)
)
    Defendants. )
)

OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

Plaintiff, currently incarcerated in Western Illinois Correctional Center, pursues claims arising from an alleged refusal to treat a lipoma on his head.  This case is set for a conference in January, 2012, but the conference will be cancelled as unnecessary.  All Defendants have been served and there are no pending issues to discuss.

IT IS THEREFORE ORDERED:

    1) The status conference set for January 23, 2012, is cancelled.

2) Defendants' Answers are due January 27, 2012.

3) Within 60 days of the entry of this order, the parties shall provide to each other the initial disclosures described in Fed. R. Civ. P. 26(a)(1)(i)-(ii).

4) Plaintiff shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by February 29, 2012.

5) Defendants shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by March 30, 2012.

6) Discovery closes June 8, 2012.

7) Dispositive motions are due July 9, 2012.

8) Plaintiff's incarceration limits him to written discovery.  Written discovery must be served on a party at least 30 days before the discovery deadline.  Discovery requests and responses are not filed with the court, unless there is a dispute regarding such discovery.  See CDIL-LR 26.3. Motions to compel discovery must be accompanied by the relevant

portions of the discovery request and the response.  Additionally, except for good cause shown, motions to compel must be filed within 14 days of receiving an unsatisfactory response to a timely discovery request.

9) A final pretrial conference is scheduled for April 15, 2013, at 1:30 p.m..  Defendants' counsel shall appear in person.  Plaintiff shall appear by video.  The parties are directed to submit an agreed, proposed final pretrial order by April 8, 2013.

10) Jury selection and the jury trial are scheduled for May 7, 2013, at 9:00 a.m. before this Court in Springfield, Illinois.


ENTERED:          December 7, 2011

FOR THE COURT:

               s/Sue E. Myerscough
               SUE E. MYERSCOUGH
           UNITED STATES DISTRICT JUDGE